IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN KNOWLES, TRUSTEE OF THE BRICKLAYERS OF INDIANA RETIREMENT FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, BRICKLAYERS AND ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND (AS SUCCESSOR TO BRICKLAYERS OF INDIANA HEALTH AND WELFARE FUND), INDIANA BRICKLAYERS LOCAL 4 JOINT APPRENTICESHIP TRAINING COMMITTEE AND INDIANAPOLIS PENSION FUND, <br>   Plaintiffs, <br> v. <br> JOSHUA HEINERICH, Individually and d/b/a CATALYTE SURFACE CLEANING, <br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) No. 1:18-cv-2168-TWP-DML ) ) ) ) ) ) |

## JUDGMENT

Defendant, JOSHUA HEINERICH, Individually and d/b/a CATALYTE SURFACE CLEANING, having failed to plead or otherwise defend in this action, and default having been entered, NOW, upon application of the Plaintiffs and upon affidavit that Defendant is indebted to the Plaintiffs in the sum of $147,487.88, that Defendant is not an infant or incompetent person and not in the military service of the United States, it is hereby ORDERED, ADJUDGED AND DECREED, that Plaintiffs recover of Defendant the sum of $147,487.88 plus costs of this action.

Date: 5/8/2019

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

And by U.S. Mail to:
Joshua Heinerich, Individually and d/b/a
Catalyte Surface Cleaning
3492 County Road 52
Auburn, IN 46706-9659